**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

THE LANDS COUNCIL; WILD WEST
INSTITUTE,
                    *Plaintiffs-Appellants,*

                    v.

RANOTTA MCNAIR, Forest
Supervisor for the Idaho
Panhandle National Forests;
UNITED STATES FOREST SERVICE,
                    *Defendants-Appellees,*

BOUNDARY COUNTY; CITY OF
BONNERS FERRY; CITY OF MOYIE
SPRINGS; EVERHART LOGGING, INC.;
REGEHR LOGGING, INC.,
     *Defendant-Intervenors-Appellees.*

No. 07-35000

D.C. No.
CV-06-00425-EJL
District of Idaho,
Boise

ORDER

Filed September 11, 2008

Before: Alex Kozinski, Chief Judge, Pamela Ann Rymer,
Andrew J. Kleinfeld, Michael Daly Hawkins,
Barry G. Silverman, M. Margaret McKeown,
Raymond C. Fisher, Marsha S. Berzon, Richard R. Clifton,
Milan D. Smith, Jr., and N. Randy Smith, Circuit Judges.

---

## ORDER

All judges of the court have been advised of Plaintiffs-
Appellants' petition for rehearing en banc by the full court,
and no judge has requested a vote on it. The petition is
DENIED. Fed. R. App. P. 35(f).

13023

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.